JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* PH DIP, Inc.<br><br>Debtors.<br><br>———————————<br>YU ZHENG,<br><br>Plaintiff,<br>v.<br>JAMES WONG,<br><br>Defendant. | Case No. CV 22-7095-DMG<br>Bankruptcy No. 2:18-bk-15972-WB<br>Adversary No. 2:20-ap-01691-WB<br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF BANKRUPTCY JUDGE** |

    Pursuant to 28 U.S.C. § 157(c)(1), the Court has reviewed the Report and Recommendation ("R&R") of the Honorable Julia W. Brand, United States Bankruptcy Judge, including the proposed findings of fact and conclusions of law. [Doc. # 2.]

    Under Bankruptcy Rule 9033, any objections to the R&R were to be filed within 14 days of service of the R&R. No objections have been filed. The Court has reviewed the

R&R and concurs with and accepts the findings, conclusions, and recommendations of the U.S. Bankruptcy Judge.

THEREFORE, IT IS HEREBY ORDERED that the R&R [Doc. # 2] is adopted. Plaintiff Yu Zheng's Motion to Reconsider the Court's Order Granting Defendant's Motion to Dismiss Without Leave to Amend is **DENIED**.

**IT IS SO ORDERED.**

DATED: January 11, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court